# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2003

_____

Jamie N. Estes,                                         *
                                                        *
            Appellant,                                  *
                                                        *       Appeal from the United States
      v.                                                *       District Court for the
                                                        *       Eastern District of Missouri.
Dean Joerling;  Thomas  Lasater,                        *
also  known  as  Thomas  Lassiter,                      *       [PUBLISHED]
also known as Thomas Lassater; St.                      *
Louis  County,  Missouri;  Suzanne                      *
L. Hawkins; Mary Ann Hawkins,                           *
                                                        *
            Appellees.                                  *


_____

Submitted:  November 4, 2002
Filed:  February 5, 2003

_____

Before HANSEN, Chief Judge, BEAM and RILEY, Circuit Judges.

_____

PER CURIAM.

After a fire destroyed Jamie N. Estes's home, she filed an insurance claim in excess of $100,000.  Police and insurance investigators concluded that the fire had been set intentionally and that Estes's insurance claim was fraudulent.  She was charged in Missouri state court with second-degree arson and attempted stealing by deceit.  The trial court denied Estes's motions to suppress, found her guilty after a

bench trial, suspended imposition of her sentence, and placed her on probation. In federal court, Estes's insurance company secured a judgment declaring that her claim was not covered by her insurance policy because her intentional or criminal acts caused the fire and her claim misrepresented that certain personal property had been destroyed in the fire. See Allstate Ins. Co. v. Estes, 118 F. Supp. 2d 968 (E.D. Mo. 2000). We affirmed in an unpublished per curiam opinion. Allstate Ins. Co. v. Estes, No. 00-3640 (8th Cir. June 15, 2001).

Estes then sued under 42 U.S.C. §§ 1983 and 1985, alleging that defendants-- consisting of two police officers, St. Louis County, and two private citizens--had framed her in violation of her constitutional rights. The district court[1] granted defendants' motion for summary judgment. Estes appeals.

The district court articulated several reasons why defendants' summary judgment motion should be granted. "We review the District Court's grant of summary judgment de novo and may affirm on any basis supported by the record." Wilson v. Spain, 209 F.3d 713, 716 (8th Cir. 2000). The district court correctly concluded that collateral estoppel bars Estes's lawsuit. See Simmons v. O'Brien, 77 F.3d 1093, 1096 (8th Cir. 1996) (elements of collateral estoppel).

Accordingly, we affirm the judgment of the district court. We deny appellees' motions for damages and costs under Federal Rule of Appellate Procedure 38.

---

[1] The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.